522 A.2d 554

**Marion QUINN, Executrix of the Estate of James Russell Quinn, Deceased, Appellant,**

v.

**HOOVER & STRONG, INC., and Charles F. Damm, Inc.**

Supreme Court of Pennsylvania.

Argued March 9, 1987.

Decided March 23, 1987.

Mark B. Aronson, Pittsburgh, for appellant.

Herman Kimpel, Pittsburgh, for Hoover & Strong, Inc.

Louis B. Long, Louis B. Loughren, Meyer Darragh Buckler, Bebenek & Eck, Pittsburgh, for Charles F. Damm, Inc.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.